```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 13559
  ROBERT S PETERSON
                                             CHAPTER 13

                                             JUDGE: MANUEL BARBOSA

          Debtor
    SSN XXX-XX-2725


---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/06/04 and confirmed on 06/22/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  34000.00 .

     4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                              PAID           PAID
---------------------------------------------------------------------------
BANK ONE                   SECURED            16000.00       2314.83       16000.00
WELLS FARGO HOME MORT      CURRENT MORTG          .00            .00            .00
WELLS FARGO HOME MORT      MORTGAGE ARRE      8511.82            .00        8511.82
ECAST SETTLEMENT CORP      UNSECURED          3482.43            .00         348.24
CAPITAL ONE FINANCIAL      UNSECURED          2231.02            .00         223.10
MASTERCARD                 UNSECURED          NOT FILED          .00            .00
JP MORGAN CHASE BANK       UNSECURED          NOT FILED          .00            .00
DISCOVER BANK              UNSECURED          3870.86            .00         387.09
GM CARD                    UNSECURED          NOT FILED          .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED          5705.50            .00         570.55
HOME DEPOT                 UNSECURED          NOT FILED          .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED          2044.41            .00         204.44
NEXTCARD MASTER TRUST      UNSECURED          2645.11            .00         264.51
RESURGENT CAPITAL SERVIC   UNSECURED          5728.44            .00         572.84
BANK ONE                   UNSECURED           985.63            .00          98.56
ECAST SETTLEMENT CORPORA   UNSECURED          4918.87            .00         491.89
          Summary of disbursements:
---------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER           TOTAL

TOTAL CLMS ALLOWED  24511.82        .00     31612.27          .00         56124.09
PRINCIPAL PAID      24511.82        .00      3161.22          .00         27673.04
INTEREST PAID        2314.83        .00          .00          .00          2314.83
TOTAL PAID          26826.65        .00      3161.22          .00         29987.87
The Debtor's attorney, RICHARD E SEXNER                 , was allowed $   2722.50
and was paid $    406.00   direct and $   2316.50   through the plan.

The Trustee received $    1517.04 .

Refunds to the Debtor totaled $      178.59 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/12/08                              /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE